IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE HENRY SCOTT, III,
    Plaintiff,

vs.                                                      Case No.: 3:19cv3749/RV/EMT

ESCAMBIA COUNTY SHERIFFS
OFFICE, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  On February 4, 2020, after the court was made aware that Plaintiff's mail was being returned as undeliverable, the court directed Plaintiff to file an updated address within fourteen days (ECF No. 7).  Plaintiff failed to respond to the order.  Therefore, on February 20, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 8).  The court directed the clerk to send a copy of the show cause order to Plaintiff at his original address of record, 31 Murphy Lane, Pensacola, Florida 32505, and the address he provided to the court on October 21, 2019 (*see* ECF No. 4), 257 East Lee Street, Pensacola, Florida 32503.  The court advised Plaintiff that failure to comply with

the order would result in a recommendation, without further notice, of dismissal of the action.

The mail sent to the Murphy Lane address was returned as undeliverable (*see* ECF No. 9); the mail sent to the East Lee Street address was not. The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to provide a current address. It thus appears Plaintiff either is not receiving the court's mail, in which case the issuance of any further order would be futile, or no longer wishes to pursue the matter.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure of Plaintiff to keep the court apprised of his current address.

At Pensacola, Florida, this 27th day of March 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.