IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE HENRY SCOTT, III,
    Plaintiff,

vs.                                       Case No.: 3:19cv3749/RV/EMT

ESCAMBIA COUNTY SHERIFFS
OFFICE, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 27, 2020 (ECF No. 10).  Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure of Plaintiff to keep the court apprised of his current address.

**DONE AND ORDERED** this 30th day of April 2020.

/s/ Roger Vinson                    /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**